FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 26, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>OSCAR VAZQUEZ-RAMIREZ,<br><br>Defendant. | No. 2:22-CR-00087-RMP-1<br><br>ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT'S UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED IN PART AND DENIED IN PART (ECF No. 33)** |

Before the Court is Defendant's Unopposed Motion to Modify Conditions of Release, **ECF No. 33**. Defendant recites in his motion that the United States and U.S. Probation do not oppose this request.

Specifically, Defendant is requesting the modification of Condition No. 19, of his pretrial release as the cost of his GPS monitoring is financially burdensome, and further home confinement is unnecessarily restrictive.

The Court finding good cause, **IT IS ORDERED** Defendant's Motion, **ECF No. 33,** is **GRANTED IN PART AND DENIED IN PART as follows**:

The GPS monitoring condition shall be stricken but the home detention condition shall remain in place. Accordingly, Condition No. 19, ECF No. 23, shall be modified as follows:

ORDER - 1

**(19)**  Defendant shall participate in one or more of the following home confinement program(s):

**Home detention**: Defendant shall be restricted to his residence at all times except for attorney visits; court appearances; case-related matters; court-ordered obligations; or other activities as pre-approved by the Pretrial Services Office or supervising officer, including but not limited to lawful employment, religious services, medical necessities, substance abuse testing or treatment, or mental health treatment.

All other terms and conditions of pretrial release not inconsistent herewith shall remain in full force and effect.

**IT IS SO ORDERED**.

DATED January 26, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2